**FILED**
JAN 28 2013


UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLINE GORS, | CIV12-4162 |
| Plaintiff, | |
| v. | ORDER FOR JUDGMENT AND SENTENCE FOUR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Upon consideration of the Defendant's Unopposed Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Defendant for further administrative proceedings as set forth below. See Shalala v. Schaefer, 509 U.S. 292 (1993);[1] it is further

ORDERED that upon remand by the Court, the Commissioner will take further administrative action to remand the case to an Administrative Law Judge for a new decision.

Dated this 28th day of January, 2013.

BY THE COURT:

*Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.